# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| BETTY L. ROURKE, GUARDIAN OF THE ESTATE AND PERSON OF FREDERICK RICKARD, III, AN INCAPACITATED PERSON, | : No. 575 MAL 2015 <br> : <br> : <br> : Petition for Allowance of Appeal from <br> : the Order of the Superior Court |
| Respondent | : |
| v. | : |
| PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY, A/K/A PENN NATIONAL INSURANCE, | : <br> : <br> : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.